IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARIA S. ORTIZ | : CIVIL NO.96-2305 (PG) |
|     Plaintiff | : |
| v. | : |
| LUIS COLON VEGA, et als. | : |
|     Defendants | : |

ORDER

    Plaintiff in the instant case has requested an order to examine the psychological testing and evaluation performed on officers Cotto Pomales and Colón Vega, codefendants in default. Counsel for remaining defendants informed the Court that there was no objection to an order being entered, but that same should be directed to the Puerto Rico Police Department.

    Therefore, the Court orders the Puerto Rico Police department to, without delay, provide plaintiff with a copy of Mr. Cotto Pomales and Colón Vega's psychological evaluations and testing performed by agents or employees of the Commonwealth Police Department before and after they were accepted to enter the Police Academy. The Puerto Rico Police Department is further ordered to provide plaintiffs with a copy of any psychological evaluations of any kind performed on Mr. Cotto Pomales and Mr. Colón Vega, at any time during their service there on or before October 26, 1995.

Finally, plaintiffs are ordered to reimburse the Puerto Rico Police Department for the cost of reproducing this information. The cost charged to plaintiff will be a reasonable one.

**IT IS SO ORDERED**

San Juan, Puerto Rico, October 28, 1999.

                                                                   *[signature]*
                                                                   JUAN E. PEREZ-GIMENEZ
                                                                   U. S. District Judge

2