# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

1

2

MARIA S. ORTIZ                          *

3                                       *

Plaintiff                               *

4                                       *

5      vs.                              *          **Civil 96-2305 (PG)**
                                        *
6      LUIS COLON VEGA, et al           *
                                        *
7      Defendants                       *
                                        *
8      --------------------------------------*

9

RECEIVED & FILED '00 FEB 22 AM 6: 41 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN P R

10                      **ORDER TO SHOW CAUSE**

11

12      It appears from the docket of this case that no action has been taken since August 2,

13     1999.    Plaintiff's attorney, John E. Mudd, is hereby granted 10 days to show cause why this

14     case should not be DISMISSED, for lack of prosecution.

15      IT IS SO ORDERED.

16      San Juan, Puerto Rico, this 17th day of February, 2000.

17

18                                              JUAN M. PEREZ-GIMENEZ

19                                              U. S. District Judge

20

21

22

23

24

25

26

