UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA S. ORTIZ,
    Plaintiff,

v.   Civil No. 96-2305(PG)

LUIS COLON VEGA, et al
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #47 - Motion Showing Cause And For Voluntary Dismissal. | Granted |

Date: _____March 23___, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge