UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

MARIA S. ORTIZ,
    Plaintiff,

v.      CIVIL NO. 96-2305(PG)

LUIS COLON-VEGA. et al
    Defendants.

## JUDGMENT

On this date the Court entered an Order granting plaintiff's motion requesting voluntary dismissal with prejudice of the federal claims and without prejudice of her pendent claims (Docket No. 47).

WHEREFORE, it is

**ORDERED AND ADJUDGED** that the instant complaint be **DISMISSED with prejudice** of the federal claims and **without prejudice** of her pendent claims.

San Juan, Puerto Rico _March 29_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev. 8/82)